UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAYMOND PAYTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-4931** |
| **BLAIR'S BAIL BOND** | **SECTION "E"(4)** |

### O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Raymond Payton's Motion for Injunctive Relief (Rec. Doc. No. 5) is **DENIED**.

**IT IS FURTHER ORDERED** that Payton's 42 U.S.C. § 1983 complaint against Blair's Bail Bonds, Inc., is **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief may be granted pursuant to 28 U.S.C. § 1915(e).

New Orleans, Louisiana this 8th day of January, 2014.

_____
**UNITED STATES DISTRICT JUDGE**